JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE TILE INDUSTRY HEALTH AND WELFARE BOARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARABELLA FLOORING, INC., A CALIFORNIA CORPORATION,<br><br>　　　　　Defendants. | Case No. EDCV 12-00517 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　It appearing that Defendant, Marabella Flooring, Inc., having been served with process, having failed to plead or otherwise defend this action, and its default having been entered; on application of Plaintiff Board of Trustees of the Tile Industry Health and Welfare Board, after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs shall have judgment as follows:

1. $26,046.80 in unpaid contributions;
2. $5,209.36 in liquidated damages;
3. $2,873.60 in prejudgment interest at 10% per annum, accruing from the due date through, and including, December 12, 2012;
4. $2,647.79 in attorney's fees; and
5. Costs to be determined after entry of judgment.

It is further ordered that Defendant submit its records to Plaintiff for an audit for the months of January 2011 to present in order to ascertain the correct amount of contributions which Defendant should have made to Plaintiff.

The Court orders that such judgment be entered.

Dated: December 21, 2012

VIRGINIA A. PHILLIPS
United States District Judge